UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS APPRENTICESHIP**
**AND TRAINING FUND, BUILDING & PUBLIC**
**WORKS LABORERS VACATION FUND, and**
**JOHN J. SCHMITT (in his capacity as Trustee),**

**WISCONSIN LABORERS DISTRICT COUNCIL,**

         **Plaintiffs,**

  v.                                                                                          Case No. 15-cv-121

**RED ANTS BORING COMPANY,**

         **Defendant.**
_____

**ENTRY OF DEFAULT**
_____

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Red Ants Boring Company, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact have been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Red Ants Boring Company pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this __4th__ day of __June_____, 2015.

                                                          s/L. Kamke, Deputy Clerk
                                                          Clerk of Court