IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND,
JOHN J. SCHMITT (in his capacity as Trustee), and
WISCONSIN LABORERS DISTRICT COUNCIL,

                Plaintiffs,

  v.

RED ANTS BORING COMPANY,

                Defendant.

ORDER

15-cv-121-jdp

---

In this ERISA action, defendant Red Ants Boring Company has defaulted by failing to plead or otherwise defend itself. As indicated at the default hearing on June 30, 2015, the court will order Red Ants to submit to an audit by plaintiffs' designated representative. Once plaintiffs file the results of the audit, and an itemization of their attorney fees and costs, the court will review their submissions and enter judgment in their favor.

Accordingly, IT IS ORDERED that:

1. Defendant Red Ants Boring Company must, within 10 days of the date of this Order, submit to an audit of the company's books and records covering the period from October 1, 2010, to the date of this Order. Plaintiffs' designated representative will conduct the audit.

2. Plaintiffs must file the results of the audit with the court no later than 10 days after completing it. Plaintiffs must also submit their attorney fees and costs.

Entered June 30, 2015.

                BY THE COURT:

                /s/

                _____
                JAMES D. PETERSON
                District Judge